UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Jeanne L. Ingress

        v.        Civil No. 11-cv-373-PB

Merimack Mortgage Co, et al

ORDER STRIKING DOCUMENT IN ACCORDANCE WITH LOCAL RULE 5.2

DOCUMENT/FILER:   #37, Response re: Reply to Objection to Motion, filed by Jeanne Ingress

DATE FILED:   December 14, 2011

The document above fails to comply with:

LR 7.1(e)(3)   Surreply memo is not permitted without prior leave of court. The Court has denied the plaintiff's request for leave to file a response to the reply

It is herewith ordered that the document is stricken, and must be refiled.

SO ORDERED

/s/ Paul Barbadoro
Paul Barbadoro
United States District Judge

cc:   Counsel of Record
      Jeanne Ingress, Pro Se