```
                 UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEW HAMPSHIRE
```

**Jeanne L. Ingress**

    **v.**                                      Civil No. 11-cv-373-PB

**Merrimack Mortgage Co., Inc.,
et al.**

## O R D E R

I deny Ingress's motions for leave to amend her complaint against Merrimack and Wells Fargo (Doc. Nos. 46, 47). The new allegations are based on the same factual transaction as in the original complaint, and are therefore barred by res judicata for the reasons set forth in my February 8, 2012 Memorandum and Order on defendants' motions to dismiss. It would be futile to allow Ingress to amend her complaint.

    SO ORDERED.

                                      /s/Paul Barbadoro
                                      Paul Barbadoro
                                      United States District Judge

February 8, 2012

cc:    Jeanne L. Ingress
       Joshua M. Wyatt, Esq.
       Alexander J. Walker, Esq.
       Daniel E. Will, Esq.
       Victor Manougian, Esq.
       Paula-Lee Chambers, Esq.

Geoffrey M. Coan, Esq.
Dean J. Wagner, Esq.